# U.S. District Court
## District of New Hampshire (Concord)
## CRIMINAL DOCKET FOR CASE #: <u>1:22–mj–00200–AJ</u>–1

Case title: USA v. Lafoe                                      Date Filed: 09/14/2022

Assigned to: US Magistrate Judge
Andrea K Johnstone

**<u>Defendant (1)</u>**

**Isaiah Lafoe**                          represented by    **Eric Wolpin**
                                                            Federal Defender's Office
                                                            The Ralph Pill Bldg
                                                            22 Bridge St
                                                            Concord, NH 03301
                                                            603 226–7360
                                                            Email: <u>eric_wolpin@fd.org</u>
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community*
                                                            *Defender Appointment*

**<u>Pending Counts</u>**                            **<u>Disposition</u>**

None

**<u>Highest Offense Level (Opening)</u>**

None

**<u>Terminated Counts</u>**                          **<u>Disposition</u>**

None

**<u>Highest Offense Level</u>**
**<u>(Terminated)</u>**

None

**<u>Complaints</u>**                                 **<u>Disposition</u>**

18 U.S.C. 2252A(a)(2)(A), (b)(1)
RECEIPT OF CHILD
PORNOGRAPHY

**<u>Plaintiff</u>**

**USA**                                   represented by

**Cam T. Le**
US Attorney's Office (NH)
James C Cleveland Federal Bldg
53 Pleasant St, 4th Flr
Concord, NH 03301
603 225−1552
Email: cam.le@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/14/2022 | | | Arrest (Removal) of Isaiah Lafoe.(kad) Modified on 9/14/2022 to correct party name to read "Isaiah Lafoe". (kad). (Entered: 09/14/2022) |
| 09/14/2022 | 1 | | COPY of Complaint and Warrant from the Northern District of New York, Case No. 1:22−mj−525−DJS. (kad) (Entered: 09/14/2022) |
| 09/14/2022 | | | NOTICE OF HEARING as to Isaiah Lafoe. Removal Hearing set for 9/14/2022 04:30 PM before US Magistrate Judge Andrea K Johnstone. (kad) (Entered: 09/14/2022) |
| 09/14/2022 | 2 | | MOTION to Appoint Counsel with Financial Declaration by Isaiah Lafoe. (Attachments: # 1 Financial Affidavit) (bf) (Entered: 09/15/2022) |
| 09/14/2022 | | | **ENDORSED ORDER approving 2 Motion to Appoint Counsel. Eric Wolpin appointed in the case as to Isaiah Lafoe (1).** *Text of Order: Request Approved. Appoint Counsel.* **So Ordered by US Magistrate Judge Andrea K Johnstone. (bf)** (Entered: 09/15/2022) |
| 09/14/2022 | | | Minute Entry for proceedings held before US Magistrate Judge Andrea K Johnstone: REMOVAL HEARING as to Isaiah Lafoe held on 9/14/2022. Court approves financial affidavit. Defendant: advised of rights and charges, waived preliminary hearing, waived identity hearing. Detention hearing to be held in prosecuting district. (Tape #4:43) (Govt Atty: Cam Le) (Defts Atty: Eric Wolpin) (USP: Karin Hess)(Total Hearing Time: 7 min) (bf) (Entered: 09/15/2022) |
| 09/14/2022 | 3 | | WAIVER of Rule5(c)(3) Hearing by Isaiah Lafoe. Defendant requests Preliminary Hearing and Detention Hearing in prosecuting district. (bf) (Entered: 09/15/2022) |
| 09/14/2022 | 4 | | **COMMITMENT TO ANOTHER DISTRICT as to Isaiah Lafoe. Defendant committed to Northern District of New York. So Ordered by US Magistrate Judge Andrea K Johnstone. (bf)** (Entered: 09/15/2022) |

AO 94 (Rev. 06/09) Commitment to Another District (NH 06/09)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

United States

Case No. 22-mj-200-01-AJ

**SEP 1 4 2022**

v.

**FILED**

Isaiah Lafoe

Charging District Case No. 1:22-mj-525-DJS

# COMMITMENT TO ANOTHER DISTRICT

The defendant has been charged in a Complaint with an alleged violation of 18 U.S.C. 2252A(a)(2)(A),

(b)(1) in the District of New York.

Brief Description of Charge(s):   Receipt of Child Pornography

CURRENT BOND STATUS:

☐ Bail fixed $_____ and conditions were not met.
☐ Government moved for detention and defendant detained after hearing in District of Arrest.
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense.
☐ Other (specify):

REPRESENTATION: Eric Wolpin, AFD

INTERPRETER REQUIRED: No                    Language  [Language]

The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

SO ORDERED.

*Andrea K. Johnstone*
Andrea K. Johnstone
United States Magistrate Judge

September 14, 2022

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

USDCNH-119 (3/13)

## UNITED STATES DISTRICT COURT
### District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 14 2022

FILED

UNITED STATES OF AMERICA

v.

ISAIAH LAFOE
_____
Defendant

Case Number: 22-MJ-200-01-AJ

Charging District's Case Number: 22-MJ-525-DJS

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the  NORTHERN DIST OF NY.
                                                                              (name of other court)

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named of the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☒ a detention hearing

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/14/22

Date: 9/14/22

Date: 9/14/2022

X Isaiah Lafoe
Signature of Defendant

_____
Counsel for Defendant

audua K. Matine
☒ United States Magistrate Judge
☐ United States District Judge

cc:     Defendant
        U.S. Attorney
        U.S. Marshal
        U.S. Probation
        Defense Counsel

```
MIME-Version:1.0
From:ecf_bounce@nhd.uscourts.gov
To:nef@nhd.uscourts.gov
Bcc:
--Case Participants: Cam T. Le (april.wood@usdoj.gov, cam.le@usdoj.gov,
caseview.ecf@usdoj.gov, maria.nordin@usdoj.gov, usanh.ecfcriminal@usdoj.gov,
usanh.ecfdocket@usdoj.gov), Eric Wolpin (elizabeth_sousa@fd.org, eric_wolpin@fd.org,
nicole_barton@fd.org)
--Non Case Participants: US Marshal (adele.duchesneau@usdoj.gov,
brenda.mikelson2@usdoj.gov, eugene.robinson2@usdoj.gov, kathleen.renaud@usdoj.gov,
kimberly.dow@usdoj.gov, melissa.heiss@usdoj.gov, nh.courts@usdoj.gov), US Probation
(nhpdb_cmecf@nhp.uscourts.gov)
--No Notice Sent:

Message-Id:2551708@nhd.uscourts.gov
Subject:Activity in Case 1:22-mj-00200-AJ USA v. Lafoe Order on Motion to Appoint Counsel
```
Content–Type: text/html

## U.S. District Court

## District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 9/15/2022 at 8:39 AM EDT and filed on 9/14/2022

| | |
|---|---|
| **Case Name:** | USA v. Lafoe |
| **Case Number:** | 1:22–mj–00200–AJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **ENDORSED ORDER approving [2] Motion to Appoint Counsel. Eric Wolpin appointed in the case as to Isaiah Lafoe (1). *Text of Order: Request Approved. Appoint Counsel.* So Ordered by US Magistrate Judge Andrea K Johnstone. (bf)**


**1:22–mj–00200–AJ–1 Notice has been electronically mailed to:**

Cam T. Le &nbsp &nbsp cam.le@usdoj.gov, april.wood@usdoj.gov, CaseView.ECF@usdoj.gov,
maria.nordin@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Eric Wolpin &nbsp &nbsp eric_wolpin@fd.org, elizabeth_sousa@fd.org, Nicole_Barton@fd.org

**1:22–mj–00200–AJ–1 Notice, to the extent appropriate, must be delivered conventionally to:**